UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SAMUEL ALBERTO BONILLA PINEDA, <br><br> Petitioner, <br><br> v. <br><br> Warden of Imperial Regional Detention Facility, <br><br> Respondent. | Case No.: 26-cv-1101-BJC-SBC <br><br> **ORDER SETTING BRIEFING SCHEDULE ON THE WRIT AND PROHIBITING TRANSFER OF PETITIONER** <br><br> [ECF No. 1] |
|---|---|

On February 20, 2026, Samuel Alberto Bonilla Pineda ("Petitioner") filed a petition for a writ of habeas corpus. ECF No. 1. Petitioner is a native and citizen of El Salvador. ECF No. 1-3 at 3. On September 5, 2017, Petitioner entered the United States without inspection. *Id.* On November 26, 2025, Immigration Customs and Enforcement ("ICE") arrested Petitioner. *Id.* at 4. On December 8, 2025, the Department of Homeland Security issued a Notice to Appear, thereby commencing immigration proceedings. *Id.* Petitioner has remained in detention since his arrest on November 26, 2025.

The Court finds a limited stay is necessary to preserve the *status quo* to allow the Court to hold the hearing and provide a reasoned decision on the pending motion. *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 (D. Or. July 16, 2025) (finding an order under the All Writs Act, 28 U.S.C. § 1651, necessary to prevent the arrest, detention or deportation of the plaintiff while the parties litigate the merits of the plaintiff's motion for injunctive relief); *A.M. v. Larose et al*, No. 3:25-CV-1412, ECF No. 2 (S.D.

Cal. June 4, 2025) (enjoining the defendants, under the All Writs Act, from removing the plaintiffs from the Southern District of California to preserve the court's jurisdiction).

Based on the foregoing, **IT IS HEREBY ORDERED:**

1. Respondents shall file a response to the writ of habeas corpus no later than close of business on **March 2, 2026**.

2. Petitioner may file a reply no later than close of business on **March 9, 2026**.

3. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this District pending further order of the Court, to maintain the *status quo* to allow the Court to hold a hearing and provide a reasoned decision to the request at hand.

**IT IS SO ORDERED**.

Dated: February 23, 2026

_Bryan Cheeks_
Honorable Benjamin J. Cheeks
United States District Judge