UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ALBERTO BONILLA PINEDA,<br><br>Petitioner,<br><br>v.<br><br>Warden of Imperial Regional Detention Facility,<br><br>Respondent. | Case No.: 26-cv-1101-BJC-SBC<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On September 5, 2017, Samuel Alberto Bonilla Pineda ("Petitioner") entered the United States without inspection. ECF No. 1-3 at 3. On November 26, 2025, Immigration Customs and Enforcement ("ICE") arrested and detained Petitioner. *Id.* at 4. On December 8, 2025, the Department of Homeland Security ("DHS") issued a Notice to Appear, thereby commencing immigration proceedings. *Id.* Petitioner has remained in custody since his arrest on November 26, 2025. *Id.*

On February 20, 2026, Petitioner filed a petition for a writ of habeas corpus. ECF No. 1. This Court set a briefing schedule and issued a limited stay. ECF No. 2. Respondents filed a return to the petition on March 2, 2026. ECF No. 4. In their return, Respondents acknowledge that Petitioner, pursuant to the judgment in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3713987, at *1 (C.D. Cal. Dec. 18,

2025), "is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: April 1, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1101-BJC-SBC